Jenks, P. J., and Thomas, Mills, Rich, and Putnam, JJ., concur.

The PEOPLE, etc., ex rel. Nicholas CARLOUGH, respondent, v. William W. FARLEY, as State Commissioner of Excise, and another, appellants. (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Order reversed, and writ of certiorari dismissed, without costs, on the authority of People ex rel. Carlough v. Farley, 155 N. Y. Supp. 1133, decided in this court December 3, 1915. Jenks, P. J., and Thomas, Stapleton, and Mills, JJ., concur. Carr, J., not voting.

The PEOPLE, etc., ex rel. Michael F. DALTON, appellant, v. William WILLIAMS, as Commissioner, etc., and others, respondents. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) The commissioner of the department of water supply, gas, and electricity was justified in relying upon the certification made by the municipal civil service commission, to treat as qualified to do the work they have been doing since December 31, 1914, the inspectors he retained in the service. It was lawful to suspend the inspectors he did suspend, including the relator. It is too late to attack the certification made from a list of eligibles promulgated as the result of a competitive examination held in 1903 or a classification made in 1907. No writ may issue against the municipal civil service commission, directing it to place the position of inspector of pipe making in the present classification, no demand so to do having been made upon the commission by the relator. Had a demand been made, it would now be useless to direct that the position formerly held by the relator be included in the classification now existing, as the time within which an appointment could be made from a preferred list has expired, and no appointment was made from it to a position in the classification within the prescribed period. Order affirmed, without costs. Jenks, P. J., and Thomas, Stapleton, and Mills, JJ., concur. Carr, J., not voting.

PEOPLE ex rel. D. Clinton MACKEY v. Frank HASBROUCK. Supt. of Insurance, etc. (Supreme Court, Appellate Division, First Department. April 11, 1916.) Motion to dismiss writ granted, with $10 costs, unless relator comply with terms stated in order. Order filed.

PEOPLE of the State of New York ex rel. Thomas F. McGILVRAY v. George H. BELL, as Commissioner, etc. (Supreme Court, Appellate Division, First Department. October, 1915.) Motion denied, without costs. Memorandum per curiam.

The PEOPLE, etc., ex rel. William B. OSTERHOUT, appellant, v. William WILLIAMS, as Commissioner of the Department of Water Supply, Gas and Electricity of the City of New York, respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1916.) Order (91 Misc. Rep. 95, 154 N. Y. Supp. 331) affirmed, with $10 costs and disbursements. No

opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

The PEOPLE, etc., ex rel. William F. PEABODY, relator, v. Arthur WOODS, as Police Commissioner of the City of New York, respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Motions to resettle order denied.

The PEOPLE of the State of New York, on the relation of John M. PHILLIPS, relator, v. Andrew D. MORGAN, James V. May, and Fred H. Parker, composing the State Hospital Commission, respts. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Determination confirmed, with $50 costs and disbursements. All concur, except Howard and Woodward, JJ., dissenting.

The PEOPLE, etc., ex rel. John F. SCHAEFER, relator, v. Robert ADAMSON, as Fire Commissioner of the City of New York, respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Determination confirmed, and writ dismissed, with $50 costs and disbursements. No opinion. Jenks, P. J., and Carr, Stapleton, Mills, and Putnam, JJ., concur.

PEOPLE ex rel. William J. SHEARER, Applt., v. Michael F. BLAKE et al., Respts. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

The PEOPLE, etc., ex rel. Herman W. SCHEIB, relator, v. Arthur WOODS, as Police Commissioner of the City of New York, respondent. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Motion to quash writ denied, with $10 costs. Carr, J., not voting.

The PEOPLE, etc., ex rel. Herman W. SCHEIB, relator, v. Arthur WOODS, as Police Commissioner of the City of New York, respondent. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Determination confirmed and writ dismissed, with $50 costs and disbursements. No opinion. Thomas, Carr, Rich, and Putnam, JJ., concur. Jenks, P. J., dissents.

Antonio PERROTO, appellant, v. Mary ENNIS, respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Judgment and order of the City Court of Mt. Vernon affirmed, with costs. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

August PESCHMANNS, Respt., v. NATIONAL SURETY CO., Applt. (Supreme Court, Appellate Division, First Department. February 18, 1916.) Order (158 N. Y. Supp. 38) affirmed, with $10 costs and disbursements. No opinion. Order filed.